**08 CV 03301**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE LYNCH**



RECEIVED
APR 02 2008
U.S.D.C. S.D. N.Y.
CASHIERS

------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o FANCY THAT GIFT & DECOR

    Plaintiff,

  - against -

M/V WAN HAI 313, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; WAN HAI LINES
(SINGAPORE) PTE. LTD., WAN HAI LINES LTD.,
and JENSON LOGISTICS, INC., *in personam*,

    Defendants.
------------------------------------------------X

08 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o FANCY THAT GIFT & DECOR, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. FANCY THAT GIFT & DECOR is not a publicly traded company.

Dated: New York, New York
      April 2, 2008
      299-545

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

        By: *[signature]*
            Martin F. Casey (MFC-1415)
            317 Madison Avenue, 21st Floor
            New York, NY 10017
            (212) 286-0225