LYN1957,

Martin F. Casey, Esq. (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY etc et al                                    08 cv 3301 (GEL)

       Plaintiff,

  - against -                                     **NOTICE AND ORDER OF**
                                                    **VOLUNTARY DISCONTINUANCE**

M/V WAN HAI 313 etc et al.

       Defendants.
-------------------------------------------------------X

The above-captioned matter having been settled,

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       April 15, 2008

                                      **CASEY & BARNETT, LLC**
                                      Attorneys for Plaintiff

                       By: _____
                          Martin F. Casey (MFC-1415)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225

SO ORDERED:
_____
U.S.D.J.
4/18/08

[USDC SDNY DOCUMENT ELECTRONICALLY FILED   DOC #: ___   DATE FILED: 4/18/08]